# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS BOAZ, | ) |
| | ) |
| Movant, | ) Civil No. 6:16-cv-03242-DW |
| | ) Crim. No. 05-cr-00376-DW |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED that

the Movant'S Second or Successive Motion to Correct Sentence Under 28 U.S.C. § 2255 is DENIED; and an evidentiary hearing is not necessary because Movant's claims are inadequate on their face; and a certificate of appealability will not issue because Movant has not made a substantial showing of the denial of a constitutional right.

| | |
|---|---|
| October 5, 2016 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| October 11, 2016 | /s/ Rhonda Enss |
| Entered | (by) Deputy Clerk |